RAÚL R. LABRADOR
ATTORNEY GENERAL

Michael J. Elia (ISBN 5044)
Special Deputy Attorney General
MOORE ELIA KRAFT & STACEY, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net

*Attorneys for Defendants Tyrell Davis, Department of Correction, Ashley Hammond and Charles Miles*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN MEREDITH, as Personal Representative of the ESTATE OF JEREMY STEVEN MEREDITH, deceased, and individually as the natural father and heir to JEREMY STEVEN MEREDITH, deceased,<br><br>    Plaintiffs,<br><br>vs.<br><br>WARDEN TYRELL DAVIS, in his official and individual capacities, IDAHO DEPARTMENT OF CORRECTION, ASHLEY HAMMOND, L.C.S.W., CHARLES MILES, CORIZON, L.L.C., and JOHN/JANE DOES I through X, whose true identities are presently unknown,<br><br>    Defendants. | Case No. 1:22-cv-00524-CWD<br><br>**STIPULATION FOR DISMISSAL** |

**STIPULATION FOR DISMISSAL - 1**

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree that the above-entitled action may be dismissed with prejudice, with each side to bear their own costs and attorney fees.

DATED this 10th day of June, 2024.

| MOORE ELIA KRAFT & STACEY, LLP | MONTELEONE LAW OFFICES PLLC |
|---|---|
| /s/ Michael J. Elia | /s/ Jacob D. Bottari |
| Michael J. Elia | Jacob D. Bottari |
| Attorneys for Defendants | Jason R.N. Monteleone |
| *Tyrell Davis, Department of Correction, Ashley Hammond and Charles Miles* | Attorney for Plaintiffs |

NAYLOR & HALES, P.C.

/s/ Joan Elizabeth Callahan
Joan Elizabeth Callahan
Attorneys for Defendants
*C. Smith and Connor Smith*

**STIPULATION FOR DISMISSAL - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jason R.N. Monteleone<br>Jacob D. Bottari<br>JOHNSON & MONTELEONE, LLP<br>350 North Ninth Street, Suite 500<br>Boise, ID 83702<br>jason@treasurevalleylawyers.com<br>jake@treasurevalleylawyers.com | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ CM/ECF |
| Joan Elizabeth Callahan<br>Naylor & Hales, P.C.<br>950 W. Bannock Street<br>Boise, ID 83702<br>joan@naylorhales.com | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ CM/ECF |

*/s/ Michael J. Elia*
Michael J. Elia

**STIPULATION FOR DISMISSAL - 3**