UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN MEREDITH, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>WARDEN TYRELL DAVIS, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00524-DCN<br><br>**ORDER** |

Based upon the Stipulation for Dismissal filed by the parties in this case (Dkt. 34), and good cause appearing,

IT IS HEREBY ORDERED:

1) The above-entitled action is DISMISSED WITH PREJUDICE.

2) Each party shall bear their own costs and attorney's fees.

3) This case is CLOSED.

DATED: June 11, 2024

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1